United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 14, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 05-41122
Conference Calendar

———————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONALD GENE PIFER, SR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:04-CR-112-ALL
--------------------

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Donald
Gene Pifer, Sr., has moved for leave to withdraw and has filed a
brief in accordance with <u>Anders v. California</u>, 386 U.S. 738
(1967).  Pifer has not filed a response.  Our independent review
of counsel's brief and the record discloses no nonfrivolous issue
for appeal.  Accordingly, counsel's motion for leave to withdraw
is GRANTED, counsel is excused from further responsibilities
herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.